UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE CRUZ,

    Petitioner,

v.        Case No.  5:13cv360/LC/GRJ

U.S. DEPT. OF IMMIGRATION AND
NATURALIZATION SERVICE,

    Respondent.
_____/

# O R D E R

This cause comes before the Court for consideration upon the magistrate judge's Report and Recommendation dated March 31, 2014.  (Doc. 8).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely objections.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus (doc. 1), is DISMISSED for lack of jurisdiction, and the clerk is directed to close the file.

**ORDERED** on this 1st day of May, 2014.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**